IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN THE MATTER OF THE SEIZURE OF: | ) | **FILED UNDER SEAL** |
| 17 ELECTRONIC ACCOUNTS LOCATED AT | ) | |
| GOOGLE LLC; | ) | Case No. 24-mj-08144-TJJ |
| | ) | |
| 18 ELECTRONIC ACCOUNTS LOCATED AT | ) | |
| YAHOO INC; | ) | Case No. 24-mj-08145-TJJ |
| | ) | |
| 2 ELECTRONIC ACCOUNTS LOCATED AT | ) | |
| IONOS INC; | ) | Case No. 24-mj-08146-ADM |

## MOTION TO SEAL

The United States requests that the Application and Affidavit for Seizure Warrant, the Seizure Warrant, the Seizure Warrant Return, this Motion, and the requested Order be sealed until further order of the Court.

In this case, such an order is appropriate because this Seizure warrant and related materials are part of an ongoing criminal investigation that is neither public nor known to all of the target(s) of the investigation, and its disclosure may alert the target(s) to the ongoing investigation.

Accordingly, there is reason to believe that public disclosure of the Seizure warrant and the information submitted in support of the Seizure warrant should be sealed because their disclosure may endanger the life or physical safety of an individual or result in the destruction of evidence or tampering with evidence, or otherwise jeopardize the ongoing investigation by prematurely revealing an ongoing investigation.

Thus, there is good cause to seal these documents because their premature disclosure may jeopardize the investigation. Due to the nature of the information contained in these documents and the government's discovery obligations, the United States requests that these documents may not be disclosed for any discovery purposes without further order of this Court.

Respectfully submitted,

KATE E. BRUBACHER
United States Attorney

*/s/ D. Christopher Oakley*
D. CHRISTOPHER OAKLEY
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, KS 66101
Ph. 913-551-6730
Fax 913-551-3541
Chris.Oakley@usdoj.gov
Ks S.Ct.No. 19248