IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF: ) | |
| 17 ELECTRONIC ACCOUNTS LOCATED AT ) | |
| GOOGLE LLC; ) | Case No. 24-mj-08144-TJJ |
| ) | |
| 18 ELECTRONIC ACCOUNTS LOCATED AT ) | |
| YAHOO INC; ) | Case No. 24-mj-08145-TJJ |
| ) | |
| 2 ELECTRONIC ACCOUNTS LOCATED AT ) | |
| IONOS INC; ) | Case No. 24-mj-08146-ADM |

## MOTION TO UNSEAL SEIZURE WARRANTS

The United States of America, by and through undersigned counsel, requests the Court for an order unsealing the above-mentioned seizure warrants. With the service of the warrants, the need for sealing is no longer present.

WHEREFORE, the United States respectfully requests that the seizure warrants be unsealed.

Respectfully submitted,

KATE E. BRUBACHER
United States Attorney

*/s/ D. Christopher Oakley*
D. CHRISTOPHER OAKLEY
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, KS 66101
Ph. 913-551-6730
Fax 913-551-3541
Chris.Oakley@usdoj.gov
Ks S.Ct.No. 19248

**CERTIFICATE OF SERVICE**

I certify that on July 24, 2024, I provided this Motion via email to the clerk of the court for filing and uploading to the CM/ECF system, which will issue a Notice of Electronic Filing.

*/s/ D. Christopher Oakley*
D. CHRISTOPHER OAKLEY
Assistant United States Attorney